UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

LINDA S. DOWNS

    Plaintiff,

V.                        CIVIL ACTION NO.
                         1:16-cv-00407-MJG

GLASSER AND GLASSER, P.L.C.

    Defendant.                June 3, 2016

## NOTICE OF SETTLEMENT

The plaintiff through her attorney Bernard T. Kennedy provides notice to the Court, that the above captioned matter has settled.

                                THE PLAINTIFF

                                BY/S/Bernard T. Kennedy
                                Bernard T. Kennedy, Esquire
                                The Kennedy Law Firm
                                P.O. Box 673
                                Blairsville, GA 30514
                                Ph   (443) 607-8901
                                Fax (443) 440-6372
                                Fed. Bar # Md26843
                                bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 6/3/16 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy