## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LINDA S. DOWNS | * | |
| Plaintiff | * | |
| v | * | Civil Action No. MJG-16-407 |
| GLASSER AND GLASSER, P.L.C. | * | |
| Defendant | *** | |

### ORDER

On June 3, 2016, plaintiff, by her counsel, filed a Notice of Settlement which this Court has approved. ECF 6. Accordingly, it is this 6th day of June, 2016, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The case IS DISMISSED;
2. The Clerk SHALL CLOSE this case; and
3. The Clerk IS DIRECTED to MAIL a copy of this Order to counsel.

/s/
Marvin G. Garbis
United States District Judge